USDC SCAN INDEX SHEET







KENNEDY

PARAMOUNT PICTURES

JRL
3:95-CV-01954
*42*
*O.*

FILED

FEB 14 1997

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAMANTHA KENNEDY,

        Plaintiff,

   v.

PARAMOUNT PICTURES CORPORATION;
VIACOM, INC. AND BLOCKBUSTER
ENTERTAINMENT GROUP,

        Defendants.

CASE NO. 95-1954-K (AJB)

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    On February 3, 1997, at 10:30 a.m. in Courtroom 16 of the above-entitled Court, the Honorable Judith N. Keep presiding, defendants Paramount Pictures Corporation, Viacom, Inc. and Blockbuster Entertainment Group's Motion for Summary Judgment came on regularly for hearing. Plaintiff Samantha Kennedy appeared in pro per. Richard D. Gluck of Gibson, Dunn & Crutcher LLP appeared for defendants.

    Having considered the papers filed in support of and in opposition to defendants' motion, the oral argument of plaintiff and

defendants' counsel, and for the reasons contained in the Court's oral ruling, the terms of which are expressly incorporated herein,

IT IS HEREBY ORDERED that defendants' motion for summary judgment is GRANTED.

DATED: 2/12/97

_____
JUDGE OF THE UNITED STATES DISTRICT COURT