USDC SCAN INDEX SHEET







KENNEDY

PARAMOUNT PICTURES

JRL
3:95-CV-01954
*47*
*M.*

```
GIBSON, DUNN & CRUTCHER LLP
REX S. HEINKE, SBN 066163
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000

RICHARD D. GLUCK, SBN 151675
750 B Street, Suite 3300
San Diego, California 92101-4605
(619) 544-8000

Attorneys for Defendants Paramount
Pictures Corporation, Viacom Inc.,
and Blockbuster Videos, Inc.
```



FILED
FEB 28 1997
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA KENNEDY,<br><br>             Plaintiff,<br><br>     v.<br><br>PARAMOUNT PICTURES CORPORATION,<br>VIACOM INC. AND BLOCKBUSTER<br>VIDEOS, INC.,<br><br>             Defendants. | CASE NO. 95-1954-K<br><br>DEFENDANTS PARAMOUNT PICTURES CORPORATION, VIACOM INC., AND BLOCKBUSTER VIDEOS, INC.'S NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS<br><br>[Memorandum of Points and Authorities and Declaration of Rex S. Heinke filed concurrently]<br><br>Date:   May 12, 1997<br>Time:   10:30 a.m.<br>Ctrm:   16 |

TO PLAINTIFF SAMANTHA KENNEDY:

PLEASE TAKE NOTICE that on May 12, 1997 at 10:30 a.m. in the courtroom of the Honorable Judith N. Keep, located at 940 Front Street, San Diego, California 92101, or as soon thereafter as the matter may be heard, defendants Paramount Pictures Corporation ("Paramount"), Viacom Inc. ("Viacom"), and Blockbuster Videos, Inc.

1 ("Blockbuster") (collectively, "Defendants") will and do move the
2 Court for an award of attorneys fees and costs.
3     This Motion is made pursuant to Rule 54(d) of the Federal Rules
4 of Civil Procedure, 17 U.S.C. § 505, and the Court's Order Granting
5 Defendants' Motion for Summary Judgment in this action, entered
6 February 14, 1997. The Motion is based on this Notice of Motion and
7 Motion, the attached Memorandum of Points and Authorities, the
8 declaration of Rex S. Heinke with exhibits; the pleadings, records,
9 and files herein, including, but not limited to, Defendants' Ex Parte
10 Application to Set Aside Entry of Default and supporting papers and
11 Defendants' Motion for Summary Judgment and supporting papers; all
12 matters of which judicial notice may be taken; and upon such argument
13 as may be received by the Court at the time of hearing.
14 DATED: February 28, 1997

GIBSON, DUNN & CRUTCHER LLP
REX S. HEINKE
RICHARD D. GLUCK

By: _____
        Richard D. Gluck

Attorneys for Defendants Paramount
Pictures Corporation, Viacom Inc., and
Blockbuster Videos, Inc.

LL970430.174/1+

2

Gibson, Dunn & Crutcher

```
 1  GIBSON, DUNN & CRUTCHER LLP
    REX S. HEINKE, SBN 066163
 2  ELLEN L. FARRELL, SBN 173947
    333 South Grand Avenue
 3  Los Angeles, California 90071-3197
    (213) 229-7000
 4
    RICHARD D. GLUCK, SBN 151675
 5  750 B Street, Suite 3300
    San Diego, California 92101-4605
 6  (619) 544-8000

 7  Attorneys for Defendants Paramount Pictures
    Corporation; Viacom Inc.; and Blockbuster Videos,
 8  Inc.
```

9           UNITED STATES DISTRICT COURT

10          SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA KENNEDY, | CASE NO. 95-1954-K |
| Plaintiff, | |
| v. | DECLARATION OF SERVICE |
| PARAMOUNT PICTURES CORPORATION, VIACOM INC. AND BLOCKBUSTER VIDEOS, INC., | |
| Defendants. | |

I, Sandra K. Burke, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of 18 years, and not a party to this action. My business address is 750 B Street, Suite 3300, San Diego, CA 92101.

Gibson, Dunn & Crutcher

ORIGINAL

On **February 28, 1997**, I served:

> DEFENDANTS PARAMOUNT PICTURES CORPORATION, VIACOM, INC., AND BLOCKBUSTER VIDEOS, INC.'S NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS PARAMOUNT PICTURES CORPORATION, VIACOM, INC., AND BLOCKBUSTER VIDEOS, INC.'S MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS; AND DECLARATION OF REX S. HEINKE IN SUPPORT OF DEFENDANTS PARAMOUNT PICTURES CORPORATION, VIACOM, INC., AND BLOCKBUSTER VIDEOS, INC.'S MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS

on the person named below at the address shown:

> Samantha Kennedy, In Pro Per
> P.O. Box 90726
> San Diego, CA 92169

[X] **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above to each of the parties on **February 28, 1997**. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **February 28, 1997** at San Diego, California.

*Sandra K. Burke* (signature)
SANDRA K. BURKE

GA960930.011/10+